

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Sharda James aka Sharnda James,
Appellant

No. 06-23-00028-CR        v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 21F0648-102).    Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  However, we do find error in the bill of costs.  Therefore, we delete the assessment of the time payment fee from the bill of costs and affirm the judgment of the trial court.

We note that the appellant, Sharda James aka Sharnda James, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 4, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk